UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FRANKIE L. BOWIE

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 08-773-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 23, 2010 (doc. no. 12). The plaintiff filed an objection which largely restates his prior arguments, and to the extent that the factual objections have been raised, the court has conducted a *de novo* review and finds that the decision of the Administrative Law Judge is supported by substantial evidence.

Therefore, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the decision of the Commissioner denying benefits is AFFIRMED, and the claimant's complaint is DISMISSED.

Baton Rouge, Louisiana, this 6th day of May, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA